UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 20-14198-CIV-MARTINEZ-MAYNARD**

DAVID PSCHMANN,

    Plaintiff,

v.

THE LAUDERDALE BOUTIQUE
HOTEL, LLC,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAYNARD'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on the Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss with Prejudice ("Joint Motion") [ECF No. 11]. Magistrate Judge Maynard filed a Report and Recommendation [ECF No. 15], recommending that (a) the Joint Motion be granted; and (b) the case be dismissed with prejudice.  Plaintiff has no objections to the Report and Recommendation.  [ECF No. 16].  The Court has reviewed the record and is otherwise fully advised in the premises.  After careful consideration, it is:

**ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation [ECF No. 15] is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

    1.    The Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss with Prejudice [ECF No. 11] is **GRANTED**.

    2.    The Consent Decree [ECF No. 11-1] is **APPROVED**.

1

2

3. This action is **DISMISSED with prejudice**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of November, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record